UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Joseph Mulvey</u>

        v.                       Case No. 05-cv-310-SM

<u>New Hampshire Governor, et al.</u>

<u>O R D E R</u>

     The Court is aware that the Plaintiff, Joseph Mulvey, has contacted staff in the Clerk's Office by telephone and in person. On various occasions Mr. Mulvey has acted in a hostile, intimidating and belligerent manner in response to efforts of Clerk's Office staff to assist him and answer his questions. In fact, as a result of his hostile and threatening demeanor staff have requested the assistance of both the Clerk and the Chief Deputy Clerk, who were confronted with similarly hostile and threatening responses from Mr. Mulvey. Not only has his behavior adversely impacted the operations of the Clerk's Office, but staff members are not expected to endure such hostile and threatening treatment.

     Additionally, and as a result of pleadings filed by the Plaintiff, it has also come to the Court's attention that the United States District Court for the District of Vermont has entered an order limiting Mr. Mulvey's contact with the Clerk's Office and that Court to written correspondence or pleadings based on his intimidating and belligerent conduct.

     Based on the foregoing, it is hereby ORDERED that Joseph Mulvey will submit all inquiries, correspondence, filings and fees by mail and is prohibited from contacting the Clerk's Office or this Court in person or by telephone. Should Mr. Mulvey be required by this Court to

personally appear for a hearing or trial, he will be so notified and provided written instructions governing his appearance.

    SO ORDERED.


Date: September 20, 2005                    _____
                                               James R. Muirhead
                                               U.S. Magistrate Judge


cc: Joseph Mulvey, pro se