UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joseph Mulvey

    v.                                   Civil No. 06-cv-310-SM

John Lynch, Governor of the
State of New Hampshire

## O R D E R

Plaintiff was issued summonses on September 9, 2005. Federal Rule of Civil Procedure 4(m) requires that service be made within 120 days or the action may be dismissed without prejudice. Plaintiff has filed no returns of service and is ordered to show cause within ten (10) business days why his complaint should not be dismissed under Rule 4(m).

SO ORDERED.

                                            _____
                                            James R. Muirhead
                                            United States Magistrate Judge

Date:    February 9, 2006

cc:      Joseph Mulvey, *pro se*