UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Joseph Mulvey

        v.                                 Civil No. 05-cv-310-SM

John Lynch, Governor of the
State of New Hampshire, et al


O R D E R

The plaintiff having failed to comply with the Order dated February 9, 2006 by

Magistrate Judge Muirhead, the above case is hereby dismissed for lack of prosecution.

SO ORDERED.


March 16, 2006

Steven J. McAuliffe
Chief Judge


cc:    Joseph Mulvey, pro se